JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER SHEN**, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TRICOLOR CALIFORNIA AUTO GROUP, LLC**, a Delaware company,<br><br>Defendant. | CASE NO. 2:20-cv-07419-PA (AGRx)<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' stipulation, this action is hereby dismissed without prejudice as to Plaintiff's individual claims and as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

SO OREDERED.

Dated this  16  day of  February  , 2021.

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE